RECEIVED

OCT 2 6 2015

~~COURT OF APPEALS~~
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

NO. 2014-004069-2

IN THE
COURT OF APPEALS
TARRANT COUNTY, TEXAS

SUNOSKY  v.  ALLEN A. RAD LAW FIRM

Original Proceeding from the Court of Appeals,
The Honorable Vince Sprinkle, Presiding

The appeal is from Second District of Texas of Court of Appeals in cause number 2014-004069-2. The judgment was signed on September 23, 2015. Thuy Sunosky desire to appeal to the Second Court of Appeals and, hereby, give notice of appeal.

**ORAL ARGUMENT REQUESTED**

Thuy Sunosky
5932 Broadway Avenue
Haltom City, Texas   76117
(832) 423-1344

*Pro Se Litigant*

CAUSE No. 2014-004069-2

**THUY SUNOSKY**, APPELLANT
IN THE JUDICIAL DISTRICT COURT
vs.
TARRANT COUNTY, TEXAS
**ALLEN A. RAD LAW FIRM**, APPELLEE
SECOND DISTRICT OF TEXAS

This Notice of Appeal is filed by Thuy Sunosky, Appellant, a party to this proceeding who seeks to alter the trial court's decision of September 23, 2015.

1.  The trial court, cause number, and style of this case are shown in the caption above.
2.  The motion for an appeal was signed on September 23, 2015.
3.  Thuy Sunosky desires to appeal all portions of the judgment.
4.  This appeal is being taken to the Court of Appeals, Tarrant County, Texas.
5.  This notice of appeal is being filed by Thuy Sunosky.

Respectfully submitted,

Thuy Sunosky

5932 Broadway Avenue

Haltom City, Texas   76117

(832) 423-1344

By: _Thuy Sunosky_

**(1)**

RECEIVED

OCT 2 6 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH


**PLAINTIFF**     -----     **THUY SUNOSKY**

VS.

**DEFENDANT**   ----     **ALLEN A. RAD LAW FIRMS**


THUY SUNOSKY, AND NOW APPELLANT IN THE JUDICIAL DISTRICT COURT, TARRANT COUNTY, TEXAS



RESPECTFULLY SUBMITTED,

THUY SUNOSKY   --   I SUE MR. A RAD FOR $200,000

THUY'S ADDRESS

THUY'S PHONE #   832-423-1344

MRS. THUY SUNOSKY LIVES AT:
5932 BROADWAY AVENUE
HALTOM CITY, TX   76117
HER SOCIAL SECURITY NUMBER IS: 3197
HER DRIVER'S LICENSE NUMBER IS: 853

**2)**

IN THE _____COURT
TARRANT COUNTY, TEXAS
_____ JUDICIAL DISTRICT

**THUY SUNOSKY**
**APPELLANT**
**V.**
**ALLEN A. RAD LAW FIRM**
**APPELLEE**

## REQUEST FOR PREPARATION OF THE RECORD FOR AN APPEAL

Thuy Sunosky, and now Appellant in the above entitled and numbered cause, requests the Court Reporter of the Judicial District Court, Tarrant County, Texas, to prepare a record for appeal in the above entitled and numbered cause No. 2014-004069-2, I sue Mr. A. Rad for $200,000.

1. Appellant further requests that the testimony included in the record be in question and answer form.

2. Appellant requests the court reporter to include the following portion of the evidence and other proceedings to be included in the record:

I appeared before the Judge at Court at Law No. 2 on September 23, 2015 at 9:30 a.m. and was granted a motion for an appeal of which the deadline date is November 2, 2015.

1) Because Mr. A Rad don't want to pay $200,000 from Memorandum Opinion No. 02-13-00032-CV at Court at Law No. 2, cause No. 2014-004069-2.

2) I still hurt in my knee and my doctor says that I need to have surgery now. And my back still hurt.

3) I'm handicapped now from car accident that I was a victim of in 2001.

4) I have skills and business as a tailor and designer of clothes. Now I still hurt and Social Security pays me, but if I can work I

can make more money.

5) In 2014 I was treated by the following doctors:

William G. Coleman, M.D. for knee surgery
Ved Aggarwal, M.D. for back pain
Terri Allen, M.D. took x-rays for back pain
Richard Jensen, M.D. did MRI for back pain

6) Dr. Joseph G. Carter, M.D. gave me a handicap card for four years now.

7) On June 25, 2015, I went to see Dr. Carter for my back and knee and I've lost a lot of weight b

8) Because of the pain from the accident.

9) I have a new doctor and new information from 2015. Dr. Coleman says that I need a right knee replacement surgery and motion for $200,000. I go to Trinity Pain Medicine and they want to do a procedure on me to show me where my pain in my lower back is.

10) Dr. Carter shows that I've lost a lot of weight because of the pain in my right knee and lower back from not eating and sleeping well.

11) Dr. Carter gave me a handicap tag for four years now.

12) Motion shows that I should get paid $200,000.

13) I never signed paper before. I cashed check for $3,685.68 to pay Dr. Jeffrey McGowen, M.D., to give me a shot because I was in a lot of pain in my right knee. Mr. A Rad sent me a paper to sign up for Medicare on September 18, 2005, so Mr. A Rad don't have to pay bill and he could keep the money from both sides' insurance.

14) I lose my job that I went to school for. I have skills to design



clothes and I lose my business, tailor too from car accident in 2001. I can't work.

15) I hurt for whole time. For 15 years now I still hurt and my court document shows I sue Mr. A Rad for $200,000, too. My case document is #2014-004069-2.

16) I need go now. I need surgery soon.

17) I send #2) Court of Appeals Memorandum Motion, #3) Court at Law No. 2 cause # 2014-004069-2, Selection of Discovery Level, #4), Medicare and check, #5) Dr. Coleman's records, #6), Dr. Carter's records, #7), copy of handicap tag, #8), Medial Branch Block, #9), Fashion Design circular.

Respectfully submitted,

*Thuy Sunosky*                    26 - 10 - 2015

Thuy Sunosky
5932 Broadway Avenue
Haltom City, TX   76117
(832) 423-1344

(5)

Respectfully submitted,

Thuy Sunosky
5932 Broadway Avenue
Haltom City, TX   76117
(832) 423-1344

## SIGNATURE

Date: 26/10 /2015

Signature: _Thuy Sunosky_

Print Name: _Thuy Sunosky_

Street Address: _5932 Broadway Ave_

City: _Haltom City_   State: _TX_   Zip Code: _76117_

Phone No. _832-423-1344_

Email: _____

☐ STEPHEN L. BROTHERTON, M.D.
DPS # C0067039
DEA # AB2130576

☐ STEVEN J. MEYERS, M.D.
DPS # 40110956
DEA # BM6308058

☐ MARK W. WYLIE, M.D.
DPS # 30129234
DEA # BW7619731

☐ DONALD DOLCE, M.D.
DPS # 10198591
DEA # FD4374485

☐ JOSEPH C. MILNE, M.D.
DPS # F0081657
DEA # BM1523112

☑ WILLIAM G. COLEMAN, M.D.
DPS # M0061416
DEA # BC0293465

☐ WILLIAM H. MITCHELL, M.D.
DPS # K0010707
DEA # AM2212481

☐ JAMES BREZINA, M.D.
DPS # N0159654
DEA # FB0956358

☐ WILLIAM LOWE, M.D.
DPS # 30095188
DEA # BL1078129

**BONE & JOINT CLINIC**
TEXAS HEALTH CARE FORT WORTH

1651 W. ROSEDALE, SUITE 200
FORT WORTH, TEXAS 76104
817-335-4316

For _Thuy Svoocky_

D.O.B. _____

Address _____    Date _7-9-15_

℞

HAS severe Arthritis

Ⓡ knee
Needs Ⓡ knee replacement
surgery

_____ M.D.

REPT. UP. DCT.
1 2 3 4 TIMES
P.R.N. ☐  NON-REP. ☐

**RECEIVED**

Amy for scheduling



2014-004069-2



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00032-CV

| | | |
|---|---|---|
| THUY SUNOSKY | | APPELLANT |

OCT 26 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

V.

ALLEN A. RAD LAW FIRM

APPELLEE

----------

FROM COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Thuy Sunosky, pro se, appeals from the trial court's order dismissing her claims against Appellee Allen A. Rad Law Firm (Rad) for lack of jurisdiction. Because Sunosky does not challenge the only basis for the trial court's order, we affirm.

----------

[1]See Tex. R. App. P. 47.4.



PLAINTIFF'S
EXHIBIT
39

Sunosky, acting pro se, sued Rad in statutory county court based on Allen Rad's representation of her in a previous matter relating to a car accident. She asserted that Rad agreed to represent her in the matter but then failed to communicate with her about the status of her case and failed to file suit until after the limitation period had passed. She sought damages "aggregating $50,000 or less" excluding costs and attorney's fees. Rad filed a general denial and asserted the affirmative defense of limitation and that Rad was not an appropriate party to the lawsuit.

The case was called for trial on January 10, 2013. Sunosky appeared pro se. Rad did not appear. Sunosky testified along with two other witnesses. Sunosky testified that before the car accident giving rise to the claim for which Rad was to represent her, she had earned $2,000 a month, and in the eleven years after the accident, she could not work. At the conclusion of evidence, Sunosky asked the court to award her $314,000 in damages—her lost wages for eleven years plus interest.

The trial court informed Sunosky that it was a court of limited jurisdiction, that it could not award her more than $200,000, and that she needed to file her claim in a district court.[2] He then stated that it would "have to dismiss [her] case

---

[2]See Tex. Gov't Code Ann. § 25.0003 (West Supp. 2013) (providing that a statutory county court has jurisdiction in civil cases in which the matter in controversy exceeds $500 but does not exceed $200,000); § 25.2221(a) (West 2004) (stating that County Court at Law No. 3 of Tarrant County is a county court at law).

for want of jurisdiction, because [she] ha[s] pled for an amount that is outside the amount in controversy [for] which this court is allowed to award." After the conclusion of the trial, the trial court signed an order of dismissal, stating that "[a]fter considering the matter, the Court finds that this matter should be dismissed for want of jurisdiction" and ordering that the case be dismissed without prejudice. Sunosky now appeals.

In the "Issues Presented" section of her brief, Sunosky sets out fourteen numbered paragraphs that contain assertions of fact rather than legal issues. But in her summary of her argument, she makes the following statement, which we construe as her issue on appeal: "The Rad Law Firm put their desires ahead of their client, by failing to represent her in a timely manner, and by allowing the testimony of a doctor who never met nor examined her."

In order for a trial court to decide a case, it must have the power to do so; in other words, it must have jurisdiction over the case.[3] Not every court in Texas is authorized to try every claim. Under Texas law, statutory county courts (also referred to as "county courts at law"), like the trial court in this case, may only hear cases in which the amount in controversy is within a specified range.[4]

---

[3]Black's Law Dictionary 927 (9th ed. 2009) (defining "jurisdiction" as "[a] court's power to decide a case or issue a decree").

[4]Tex. Gov't Code Ann. § 25.0003; see also Tejas Toyota, Inc. v. Griffin, 587 S.W.2d 775, 776 (Tex. Civ. App.—Waco 1979, writ ref'd n.r.e.) (stating that "the amount in controversy is the amount of damages claimed in the pleading").

3

Currently, that range is between $500 and $200,000.[5] That is, the trial court in this case did not have the power to hear the case if the amount of damages claimed was less than $500 or if the amount of damages claimed was more than $200,000.[6]

In her petition, Sunosky stated that she was seeking to recover not more than $50,000. The trial court had the power to hear a case involving that amount in damages.[7] But at trial, Sunosky introduced evidence that her damages were over $200,000, and she asked the trial court to award her more than $200,000. The trial court concluded that because Sunosky sought to recover more than $200,000, it did not have jurisdiction over her claim.

Sunosky's brief alleges that Rad failed to keep her updated on her case, failed to file her case before the limitation period had passed, and kept money that the insurance company had paid out on her claim. Nothing in her brief, however, addresses whether the trial court had jurisdiction over her claims, which was the sole ground on which the trial court ordered the dismissal of her claims.[8] Although we are mindful of the difficulty that pro se litigants face, we may not

---

[5]Tex. Gov't Code Ann. § 25.0003.

[6]Id.

[7]See id.

[8]See Tex. R. App. P. 44.1; Britton v. Tex. Dep't of Criminal Justice, 95 S.W.3d 676, 682 (Tex. App.—Houston [1st Dist.] 2002, no pet.) (affirming the trial court's grant of a plea to the jurisdiction because the appellant failed to challenge on appeal all of the grounds that were included in the plea).

4

make Sunosky's arguments for her.[9]  Accordingly, we overrule Sunosky's sole issue on appeal.

Having overruled Sunosky's sole issue on appeal, we affirm the trial court's order of dismissal.

/s/ Lee Ann Dauphinot
LEE ANN DAUPHINOT
JUSTICE

PANEL:  DAUPHINOT, MEIER, and GABRIEL, JJ.

GABRIEL, J., concurs without opinion.

DELIVERED:  March 20, 2014

---

[9]*Strange v. Cont'l Cas. Co.*, 126 S.W.3d 676, 677–78 (Tex. App.—Dallas 2004, pet. denied), *cert. denied*, 543 U.S. 1076, 125 S. Ct. 928 (2005).

20140040692



220/0493/TS

**Texas Department** *of Motor Vehicles*

| MONTH | | YEAR |
|---|---|---|
| JAN | | 13 |
| FEB | | 14 |
| MAR | | 15 |
| APR | | 16 |
| MAY | | 17 |
| JUN | | 18 |
| JUL | | 19 |
| AUG | | 20 |
| SEP | | 21 |
| OCT | | 22 |
| NOV | | 23 |
| DEC | | 24 |

EXPIRES MONTH/YEAR

12
2014

220/0493/TS

**Texas Department** *of Motor Vehicles*

| MONTH | | YEAR |
|---|---|---|
| JAN | | 15 |
| FEB | | 16 |
| MAR | | 17 |
| APR | | 18 |
| MAY | | 19 |
| JUN | | 20 |
| JUL | | 21 |
| AUG | | 22 |
| SEP | | 23 |
| OCT | | 24 |
| NOV | | 25 |
| DEC | | 26 |

EXPIRES MONTH/YEAR

11
18

PLAINTIFF'S EXHIBIT 13

PENGAD 800-631-6989



WARNING! TRANSPORTATION CODE, §502.410 PROVIDES THAT FALSIFYING INFORMATION ON ANY REQUIRED STATEMENT OR APPLICATION IS A THIRD-DEGREE FELONY.

- Blue placards may be issued for disabilities (permanent or temporary) in which the person cannot walk without the use of or assistance from an assistance device, including a brace, cane, crutch, another person or a prosthetic device, or who cannot ambulate without a wheelchair or similar device.
- Red placards may be issued for any other type of disability (permanent or temporary).
- Disabled Person License Plates may be issued only to persons with permanent disabilities.

In accordance with Transportation Code, Chapters 502 and/or 681, application is hereby made for:

| | | |
|---|---|---|
| ☐ (1) Red Placard **or** ☐ (2) Red Placards (Temporary Disability) | | |
| ☐ (1) Red Placard **or** ☐ (2) Red Placards (Permanent Disability) | | |
| ☐ (1) Blue Placard **or** ☐ (2) Blue Placards (Temporary Disability) | PLACARD FEE: $5.00 each | |
| ☒ (1) Blue Placard **or** ☐ (2) Blue Placards (Permanent Disability) | LICENSE PLATE FEE: Regular Reg. Fee | |

☐ Disabled Person License Plate
☐ Disabled Person License Plate and
    ☐ Red Placard (Permanent Disability); or
    ☐ Blue Placard (Permanent Disability)
☐ Additional Set(s) of Disabled Person License Plates for specially equipped vehicles (see back for more information)
☐ Disabled Person Personalized License Plates (Complete Form VTR-35A in addition to this form)

I, the undersigned, certify that I am ☐ disabled ☐ making application on behalf of a disabled person and have read the instructions on the reverse side of this application and fully understand the provisions of Transportation Code, Chapters 502 and 681.

THIS BLOCK FOR TAX ASSESSOR-COLLECTOR USE ONLY

LICENSE PLATE NUMBER(S) ISSUED

BD307Q486

DISABLED PERSON PLACARD(S) ISSUED
(Circle One)   Blue   Red

RECEIPT OF STATUTORY FEE HEREBY ACKNOWLEDGED

Ron Wright
TAX COLLECTOR

Tarrant
COUNTY

DATE ___ BY ___ DEPUTY

THUY SUNOSKY
APPLICANT'S NAME / INSTITUTION NAME

_Thuy Sunosky_
APPLICANT'S SIGNATURE / ADMINISTRATOR'S SIGNATURE

04935853
DRIVER'S LICENSE or I.D. or DHS NUMBER   DATE

5932 BROADWAY AVENUE   HALTOM CITY   TEXAS   76117
APPLICANT'S OR INSTITUTION'S STREET ADDRESS, CITY, STATE, AND ZIP CODE

### INFORMATION REQUIRED FOR ISSUANCE OF DISABLED PERSON LICENSE PLATES

| | YEAR MODEL | VEHICLE MAKE | VEHICLE IDENTIFICATION NUMBER | LICENSE PLATE NUMBER |
|---|---|---|---|---|
| 1. | 1987 | TOYOTA | 1NXAE82G5HZ435627 | CB4 X898 |
| 2. | | | | |

I, the undersigned, certify that I am the owner of the above described vehicle(s) or that the vehicle(s) is / are owned by an institution that qualifies for disabled person license plates. I further certify that the vehicle(s) is / are regularly operated by or for the transportation of the disabled person named in the Disability Statement below or operated by the qualified institution for transportation of a disabled resident of such institution.

THUY SUNOSKY
VEHICLE OWNER'S NAME OR INSTITUTION NAME

_Thuy Sunosky_
VEHICLE OWNER'S OR ADMINISTRATOR'S SIGNATURE

11/6/2014
DATE

### DISABILITY STATEMENT

TO BE COMPLETED BY A PHYSICIAN: LICENSED BY THE TEXAS STATE BOARD OF MEDICAL EXAMINERS, A PHYSICIAN LICENSED TO PRACTICE MEDICINE IN ARKANSAS, LOUISIANA, NEW MEXICO, OR OKLAHOMA, A PHYSICIAN PRACTICING MEDICINE IN THE U.S. MILITARY ON A MILITARY INSTALLATION IN TEXAS, OR A PHYSICIAN PRACTICING MEDICINE IN A HOSPITAL OR OTHER HEALTH FACILITY OF THE DEPARTMENT OF VETERANS AFFAIRS, OR A PODIATRIST LICENSED BY THE TEXAS STATE BOARD OF PODIATRIC MEDICAL EXAMINERS

See Back Of Application For Disability Definitions And Additional Information

I hereby certify that _Thuy Sunosky_ has (check one): ☒ a disability defined by Transportation Code,
NAME OF DISABLED PERSON

§681.001(5)(B) or (C), or ☐ any other disability. The person's disability is (check one): ☒ permanent or ☐ temporary in nature.

10.27 14      Joseph Coster      M7895
DATE      NAME OF PHYSICIAN OR PODIATRIST      PROFESSIONAL LICENSE NUMBER OF PHYSICIAN OR PODIATRIST

2419 Markum Dr      Ft Worth      TX      76117
STREET ADDRESS      CITY      STATE      ZIP CODE

_J Coster DO_
Signature of Physician or Podiatrist

On this date, _____ , the above named physician or podiatrist, _____
      DATE      NAME OF PHYSICIAN OR PODIATRIST

appeared before me so that I could witness his / her signature.

SEAL

_____
SIGNATURE OF NOTARY

_____
PRINTED NAME OF NOTARY

I hereby certify that I am a notary in the State of Texas, in _____ County. My commission expires _____
      DATE

IMPORTANT! PHYSICIAN'S OR PODIATRIST'S SIGNATURE MUST BE NOTARIZED UNLESS A SEPARATE WRITTEN ORIGINAL PRESCRIPTION IS SUBMITTED.

**** Submit both copies of this application with applicable fees to the County Tax Assessor-Collector ****

CASE # 2014-0040-69-2

(1) DR. JOSEPH G. CARTER, M.D. GAVE ME A RED HANDICAP CARD THAT WAS GOOD FOR ONLY SIX MONTHS, AND NOW I'VE TOLD HIM THAT I HAD AN AUTOMOBILE ACCIDENT IN 2001 AND I'VE HURT FOR 14 YEARS NOW, SO THE DOCTOR LOOKED AT MY MEDICAL AND DOCTORS RECORDS AND NOW I'M WAITING FOR SURGERY ON MY KNEE AND BACK. NOW HE WANTS TO GIVE ME A BLUE HANDICAP CARD FOR A LONG LONG TIME

(2) I WAS HURT IN A CAR ACCIDENT IN 2001, AND MY DOCTOR SAYS THAT THE BACK SURGERY WILL BE VERY DIFFICULT AND THAT IT'S NOT GUARANTEED 100% THAT I WILL STOP HURTING.

(3) MY DOCTOR HAS NOW GIVEN ME PAIN MEDICINE AND I AM TAKING IT UNTIL I GET THE SURGERY, BUT DON'T KNOW WHAT WILL HAPPEN AFTER SURGERY BECAUSE THE BACK SURGERY DOCTOR SAYS THAT THE PROCEDURE IS NOT GUARANTEED 100%.

④ I AM REALLY HEALTHY EXCEPT FOR MY KNEE AND BACK WHICH STILL HURT FROM THE CAR ACCIDENT IN 2001.

⑤ I CANNOT WORK THE JOB THAT I WENT TO SCHOOL FOR FOR THE PAST 14 YEARS NOW

⑥ NOW THE ALLEN A. RAD LAW FIRM HAS TO PAY ME $338,000 PLUS $5,000 FOR PEOPLE TO WRITE FOR ME IN ENGLISH AND 5 YEARS FOR THE STATE BAR OF TEXAS IN REGISTERED LETTERS PLUS INTEREST FROM THE $338,000

⑦. AND THE JUDGE WILL DECIDE HOW MUCH THE RAD LAW FIRM WILL PAY ME FOR THE REST OF MY LIFE.

*Thuy Sunosky 11-11-201*

① HANDICAP = 2014

② POLICE REPORT

③ 2001 - MEDICAL RECORDS

④ DOCTORS RECORDS

⑤ HANDICAP = 2015

 
*A difference in treatment, a difference in life.*



# Medial Branch Block

You have been scheduled for this procedure as your next diagnostic nerve block. The nerves (medial branch of the dorsal ramus) which come from the primary nerve root at any given spinal level, supply the joint at that level as well as a portion of the muscle on either side of your neck, mid back or low back.

This nerve block is intended to determine whether you have pain associated with the facet joints, the disks which are in between each of the spinal vertebrae, or a combination of both of these areas.

This nerve block is purely diagnostic although some patients receive more than a few hours, and sometimes a few days relief, depending on several factors. This nerve block is not intended to cure your pain, rather it is only to determine where the pain is coming from.

Procedure Date: ___to be scheduled___

Time of Arrival: _____

2014-0040692

2014-0040169-2

FILED
TARRANT COUNTY CLERK

2014 AUG -7 PM 1: 05

MARY LOUISE GARCIA
COUNTY CLERK

BY _____

IN THE _____ COURT

Tarrant _____ COUNTY, TEXAS

~~_____ JUDICIAL DISTRICT~~

County Court at Law

THUY SUNOSKY

V.

ALLEN A. RAD LAW FIRM

TO THE HONORABLE COURT:

**MRS. THUY SUNOSKY** lives at 5932 Broadway Avenue, Haltom City, Texas 76117. Her Social Security number is XXX-XX-X197 and her driver's license number is XXXXX853, issued in the state of Texas.

**MRS. THUY SUNOSKY** (the "plaintiff") complains of **MR. ALLEN A. RAD** (the "defendant"), and for cause of action shows:

## 1. <u>SELECTION OF DISCOVERY LEVEL</u>

The plaintiff affirmatively pleads that she seeks only monetary relief aggregating $200,000 and no more, excluding cost, prejudgment interest, and attorney's fees under Civil Procedure Rule 190.2.

## 2. <u>PARTIES AND SERVICE OF CITATION</u>



IN THE _____ COURT
_____ COUNTY, TEXAS
_____ JUDICIAL DISTRICT

THUY SUNOSKY

V.

ALLEN A. RAD LAW FIRM

TO THE HONORABLE COURT:

**MRS. THUY SUNOSKY** lives at 5932 Broadway Avenue, Haltom City, Texas 76117. Her Social Security number is XXX-XX-X197 and her driver's license number is XXXXX853, issued in the state of Texas.

**MRS. THUY SUNOSKY** (the "plaintiff") complains of **MR. ALLEN A. RAD** (the "defendant"), and for cause of action shows:

## 1. SELECTION OF DISCOVERY LEVEL

The plaintiff affirmatively pleads that she seeks only monetary relief aggregating $200,000 and no more, excluding cost, prejudgment interest, and attorney's fees under Civil Procedure Rule 190.2.

## 2. PARTIES AND SERVICE OF CITATION

The plaintiff is an individual residing in Tarrant County, Texas. The defendant is an individual and attorney duly licensed to practice law in the state of Texas, residing in Dallas County, Texas, and may be served with process at 12900 Preston Road Tower, Suite 900, Dallas, Texas 75230-1325.

## 3. <u>ATTORNEY-CLIENT RELATIONSHIP</u>

(1) On or about 02/29/2001, the plaintiff consulted the defendant in the latter's professional capacity as an attorney, at the defendant's office, with respect to her incident on behalf of a car accident she had with another vehicle on 02/09/2001. She contacted the defendant through an advertisement featuring Mr. Vang Nguyen, a representative of the Rad Law Firm, in a Vietnamese newspaper. After a contract between the plaintiff and the defendant was signed, the plaintiff was sent to a chiropractor representing the Rad Law Firm. The chiropractor worked on the plaintiff but this resulted in the plaintiff complaining of more pain accompanied by a swollen knee, and as a result, the plaintiff ceased treatment. The plaintiff called the Rad Law Firm and requested to see a medical doctor, but the request was refused.

(2) The plaintiff sought out another attorney to take her case, but was told that the Rad Law Firm was the primary representative, and the plaintiff could not be represented by another attorney until the Rad Law Firm completed the case. The plaintiff made another request to the Rad Law Firm to see a medical doctor for her increasing physical pain. Again, the request was refused.

(3) The plaintiff eventually sought treatment through her personal physician, Dr. Lum, who sent her to an orthopedic surgeon, Dr.

2

Robert R. Protzman, M.D. Dr. Protzman treated the plaintiff through surgery.

4) The Rad Law Firm did nothing with the plaintiff's case and did not inform the her of the progress of the case until May 12, 2004, when the plaintiff's son called the Rad Law Firm and asked about the plaintiff's personal injury protection ("PIP"). In return, the Rad Law Firm sent the plaintiff the PIP in the amount of $2,500.

5) On May 9, 2005, an attorney from the Rad Law Firm, Mr. Adam Hardison, represented the plaintiff in court before a judge. Accompanying Mr. Hardison was a doctor, Dr. Joseph H. Gaines, M.D., who testified that the plaintiff was not hurt although the doctor did not physically examine her at any time before the hearing in relation to the auto accident. Not at anytime during the hearing was the plaintiff allowed to speak nor relate any detail of the auto accident or resulting injuries. The parties then retired to the judge's chamber where the Rad Law Firm representatives tried to persuade the plaintiff to sign a paper. This action went on for an estimated 30 minutes, whereby the plaintiff refused to sign. The judge then looked at Mr. Hardison and asked him what line of work the plaintiff was in, to which he responded that she was a manicurist. The judge then turned to the plaintiff and asked her how long was she a resident of the United States. The plaintiff replied that, at that time, she had lived in this country for 30 years, to which the judge shook his head and walked away.

6) On July 25, 2005, Mr. Hardison of the Rad Law Firm asked the plaintiff to accompany him to a meeting to meet with an Allstate agent, to which she did.

7) On September 1, 2005, the Rad Law Firm sent the plaintiff a

paper for Medicare for her to sign, which she did.

8) On September 1, 2006, the Rad Law Firm sent the plaintiff a check for the total of $3,685.68, but she tore the check up. It was not long afterward that the plaintiff began to experience intense pain and swelling in her right knee associated with the automobile accident. The plaintiff soon called the Rad Law Firm to inform them that she had received a check from them and that she tore it up. The Rad Law Firm soon sent the plaintiff a replacement check for the same amount of $3,685.68, and the plaintiff cashed it. With the money the plaintiff sought medical help from Dr. Jeffrey L. McGowen, M.D., and he treated her.

9) The plaintiff is now under the care of Dr. William G. Coleman, M.D., and not only does she continue to experience pain in her knee and back as a result of the automobile accident that she experienced in 2001, but her physical condition related to the accident is deteriorating. It is under the opinion of Dr. Coleman that the plaintiff requires surgery as soon as possible.

10) Apart from the physical effects of the automobile accident the plaintiff is generally in good health. Before the accident in 2001, the plaintiff was licensed as a tailor and had plans to work in or open a tailoring business, but she desired to obtain training for a second career. She applied at the Fort Worth Beauty School and was in training toward becoming a state-licensed manicurist shortly before the accident. The plaintiff knows that the automobile accident hindered her ability to further her education and enhance her quality of life in her adopted home country because of the time and attention given to resolving her current condition.

11) It is under these conditions that the plaintiff sues the Allen A. Rad Law Firm for $200,000 and no more.

## 4. NEGLIGENCE

The defendant violated the duty owed to the plaintiff to exercise the ordinary care and diligence exercised by other attorneys practicing in Texas, in the same or similar circumstances, and was negligent in the following particulars:

1) The defendant did not refer the plaintiff to a medical doctor when she complained of injuries related to her automobile accident, but instead directed her to see a chiropractor.

2) The defendant hired a doctor, Dr. Joseph H. Gaines, M.D., and he testified under oath before a judge that the plaintiff was not physically hurt, even though the doctor had never examined the plaintiff at any time.

3) The defendant failed to keep the plaintiff updated on her case. There is no record on the part of the defendant of the three years between the signing of the initial contract and the plaintiff's son contacting the Rad Law Firm inquiring about the PIP.

4) The defendant waited for the statute of limitations to expire whereby the plaintiff could not hire another attorney to represent her during the time alloted.

## 5. DAMAGES

As a direct and proximate result of the defendant's negligence,

the plaintiff excercises her right to sue the Allen A. Rad Law Firm for a total amount of $200,000 and no more.

## 6. <u>SIGNATURE</u>

Date: ____/____/20____

Signature:_____

Print Name:_____

Street
Address:_____

City:_____ State:_____ Zip
Code:_____

Phone No.:_____

Email:_____



2014-004069-2



RECEIVED
OCT 26 2015
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

I NEVER SIGNED PAPER BEFORE. I CASHED THIS CHECK BECAUSE I HURT SO MUCH SO I COULD PAY DR. JEFFREY MCGOWEN TO GIVE ME A SHOT, SO IT LOOKED LIKE I BORROWED MONEY FROM A. RAD THIS IS NOT AN SUPRSEDE CHECK.

Thuy Sunosky

4-14-2015

CASE # 2014-00 4069-2



42073

RAD LAW FIRM, PC
"TRUST ACCOUNT UNDER IOLTA"
12900 PRESTON RD. SUITE 900
DALLAS, TEXAS 75230-1325
PH (972) 661-1111
FAX (972) 661-3537

NORTH DALLAS BANK & TRUST CO
DALLAS, TX 75230
32-86/1110

2/1/2008

Pay to the Order of — Thuy Sunosky                    $ **3,685.68

Three Thousand Six Hundred Eighty-Five and 68/100 —————— Dollars

Thuy Sunosky
5932 Broadway Ave
Haltom City, TX 76117-3307

Full & Final Settlement 202608 Sunosky, Thuy

CONFIDENTIAL

# THE TEXAS HIP AND KNEE CENTER, L.L.P.
### 750 Eighth Avenue Suite 400 Fort Worth, Texas 76104

Robert Schmidt, M.D.　　Ajai Cadambi, M.D.　　Theodore M. Crofford, M.D.　　Steven H. Weeden, M.D.　　Jeffrey L. McGowen, M.D.

## SUNOSKY, THUY
## ALLERGIES: NONE

**May 20, 2008**  Ms. Sunosky is stating the pain medicines with the anti-inflammatories are not helping her very much at this time and she would like to have an injection into her right knee. I think that is reasonable. We have re-examined the knee and she has a little more effusion today and some tenderness on both the medial and lateral joint spaces. I think it is reasonable to inject her; 4cc lidocaine and 2cc triamcinolone were given and she tolerated this well. The next step would be total knee arthroplasty. She understands this and has seen the American Academy of Orthopedic Surgeons video on knee arthroplasty and will let us know when she would like to proceed.
Jeffrey L. McGowen, M.D.
JLM/am

**July 25, 2008**  Ms. Sunosky is following up after injection into her right knee on 05/20/2008. She had some relief for up to about six weeks or so and would like to discuss more permanent options at this time. We have gone through total knee arthroplasty again, and she saw the American Academy of Orthopedic Surgeons video on total knee replacements at her last visit. We have reviewed that again with her. I tried calling her son Alan while she was here and just left him a message outlining the procedure. He certainly can explain it further to her as I believe there is still some language barrier problems. I have also given her written literature and I have offered to see her again with a family member if possible. I am happy to schedule her for a total knee arthroplasty in the near future. We have asked her to get medical clearance in the meantime from her family physician and Alan, her son has been given our number to call for further details.
Jeffrey L. McGowen, M.D.
JLM/am

Texas Hip & Knee Center
750 Eighth Avenue
Fort Worth, TX 76104
817-877-3432



RAD LAW FIRM, PC
"TRUST ACCOUNT UNDER IOLTA"
12900 PRESTON RD. SUITE 900
DALLAS, TEXAS 752..

PH (972) 661-1111
FAX (972) 661-9837

NORTH DALLAS BANK & TRUST CO
DALLAS, TX 75230
32-96/1110

36052

09-01-2006

Pay to the
Order of _____ Thuy Sunosky _____ | $ **3,685.68

Three Thousand Six Hundred Eighty-Five and 68/100************************** Dollars

Thuy Sunosky
5932 Broadway Ave
Haltom City, TX 76117-3307

Full & Final Settlement 202608

RAD LAW FIRM, PC / "TRUST ACCOUNT UNDER IOLTA"

2006 CHECK I TEAR UP

Thuy Sunosky
Settlement Paid:Liability:Final Disbursem    AR1#1-K
                                            202608 Sunosky, Thuy

09-01-2006

3,685.68

36052

Trust Account         Full & Final Settlement 202608 S

3,685.68

CONFIDENTIAL

# THE TEXAS HIP AND KNEE CENTER, L.L.P.
750 Eighth Avenue Suite 400 Fort Worth, Texas 76104

Robert Schmidt, M.D.    Ajai Cadambi, M.D.    Theodore M. Crofford, M.D.    Steven H. Weeden, M.D.    Jeffrey L. McGowen, M.D.

**SUNOSKY, THUY**
**ALLERGIES: NONE**

**May 20, 2008**  Ms. Sunosky is stating the pain medicines with the anti-inflammatories are not helping her very much at this time and she would like to have an injection into her right knee. I think that is reasonable. We have re-examined the knee and she has a little more effusion today and some tenderness on both the medial and lateral joint spaces. I think it is reasonable to inject her; 4cc lidocaine and 2cc triamcinolone were given and she tolerated this well. The next step would be total knee arthroplasty. She understands this and has seen the American Academy of Orthopedic Surgeons video on knee arthroplasty and will let us know when she would like to proceed.
Jeffrey L. McGowen, M.D.
JLM/am

**July 25, 2008**  Ms. Sunosky is following up after injection into her right knee on 05/20/2008. She had some relief for up to about six weeks or so and would like to discuss more permanent options at this time. We have gone through total knee arthroplasty again, and she saw the American Academy of Orthopedic Surgeons video on total knee replacements at her last visit. We have reviewed that again with her. I tried calling her son Alan while she was here and just left him a message outlining the procedure. He certainly can explain it further to her as I believe there is still some language barrier problems. I have also given her written literature and I have offered to see her again with a family member if possible. I am happy to schedule her for a total knee arthroplasty in the near future. We have asked her to get medical clearance in the meantime from her family physician and Alan, her son has been given our number to call for further details.
Jeffrey L. McGowen, M.D.
JLM/am

**January 28, 2011**  Ms. Sunosky is here today to discuss her right knee once again. I also discussed this with her son Allen over the phone to help with any language barrier that might be a problem. She is having pain in the medial joint line and pain when she ambulates and has not been successful with conservative measures. We tried an injection previously and this did not relieve her pain for any significant time, nor did ibuprofen.

**EXAMINATION:**  Her physical examination reveals pain in the medial joint line, varus alignment, mild effusion, and crepitus with motion.

**RADIOGRAPHS:**  Radiographs confirm bone-on-bone arthritic disease in the medial compartment on the four views obtained in the office today.

**IMPRESSION:**
1. Right knee varus osteoarthritis.

# CONSENT TO RELEASE FORM

The Privacy Act of 1974 (Public Law 93-579) prohibits the government from revealing information from personal files without the express written permission of the person involved. Disclosure of personal records to an attorney or other representative who is acting on behalf of another person is prohibited, unless the individual to whom the record pertains has consented.

I, _Thuy Sunosky_, hereby authorize the Centers for Medicare & Medicaid Services (CMS), its agents and/or contractors to disclose, discuss, and/or release, orally or in writing, information related to my injury and/or settlement to the individual(s) and/or firm(s) listed below. This consent is for my current claim and is on an ongoing basis. An additional consent to release form will not be necessary unless or until I revoke this authorization (which must be in writing).

PLEASE CHECK:

[✓]  Beneficiary's attorney

_Rad Law Firm_
(name and/or firm)

[ ]  Other Party's attorney

_____
(name and/or firm)

[ ]  Workers' compensation carrier/Insurer

_____
(name and/or firm)

[ ]  Other
(*For example, personal representative or spouse*)

_____
(name and/or firm)

_Thuy Sunosky_
Beneficiary's Signature

_9-18-2005_
Date Signed

_____
Date of Injury

_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A_
Social Security Number Or
Health Insurance Claim Number

MSP90767:RELEOF:09/09/2005



# MEDICARE

*Part A Intermediary*
*Part B Carrier*

January 10, 2006

Kim Wong
Rad Law Firm
12900 Preston Rd., Ste. 900
Dallas. TX 75230-1325

RE:                Thuy Sunosky
HIC:               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A
DATE OF ACCIDENT: 2/9/01

Dear Sir or Madam:

This letter follows our earlier communication in which we advised you of the applicability of the Medicare Secondary Payer Program. Medicare has paid $3,171.73 to date. This amount represents the total medical payments made to date; however, this amount will change if additional claims are paid after the date of this letter or if we become aware of related claims paid by another Medicare contractor.

Please be advised, this is not the final interest amount. **DO NOT SEND A CHECK AT THIS TIME.**

Upon settlement, please send a copy of the signed settlement/release agreement along with an itemization of attorney's fees and costs. Clearly state how much of settlement is Personal Injury Protection (PIP) and how much is Medical Payments (Med-Pay). **Reduction on settlement DOES NOT APPLY to PIP or MED-PAY.** Medicare's reimbursement will be deducted from these recoveries first.
Medicare will then calculate the final interest amount after any reduction for procurement costs in accordance with 42 CFR 411.37 and 411.51.

If you have any questions regarding the current list, or if you become aware of future payments, please send your inquiry in writing to the address listed above, or you may call our office at 903-463-0641.

We appreciate your cooperation and look forward to hearing from you.

Sincerely,

*Tracy Honeysuckle*
Liability Member Service Representative

cc:      Thuy Sunosky

**TrailBlazer Health Enterprises. L.L.C.**
P.O. Box 9020, Denison. Texas 75021
**Liability Subrogation**

Printed On: 1/10/2006



**Date: 02/28/2006**

**RAD LAW FIRM**
**12900 PRESTON RD**
**SUITE 900**
**DALLAS, TX 752301325**

RE : Name: **THUY T SUNOSKY**
     HIC#: **466313197A**
     Date of Incident: **02/09/2001**
     Debt Identification No.: **200524109000018**
     Demand Amount: **$2,893.85**

Dear Sir/Madam:

We are writing to you because we recently learned that you made a liability claim relating to an illness, injury or incident occurring on or about **02/09/2001** and obtained a recovery. We have determined that you are required to repay the Medicare program $2,893.85 for the cost of medical care it paid relating to your liability recovery. (The term "recovery" includes a settlement, judgment, award or any other type of recovery.)

We hope that you will find answers to some of the questions you may have about this letter below. Parts I and II of this letter explain the federal law that requires you to pay Medicare back and the way we determined the amount you are required to repay. We have provided instructions for repaying Medicare in Part III of this letter. You have the right to appeal our determination if you disagree with it, and you also have the right to request that the Medicare program waive recovery of the amount you owe in full or in part. Instructions for requesting waiver of recovery and appeal are provided in Part IV of this letter. Finally, Part V of this letter explains the interest charges that apply if you do not repay Medicare within sixty (60) days from the date of this letter and tells you about certain actions Medicare may decide to take if you fail to repay the amount you owe.

**I. Why am I required to repay Medicare?**

You are required to repay Medicare because Medicare paid for medical care you received related to your liability recovery. The Medicare Secondary Payer (MSP) law allows Medicare to pay for medical care received by a Medicare beneficiary who has or may have a liability claim. However, the law also requires Medicare to recover those payments if payment of a liability settlement, judgment, recovery, or award has been or could be made. Congress passed the

# TrailBlazer Health Enterprises, LLC

| TOS | ICN | Line# | Processing Contractor | Provider Name | Diagnosis Code | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 73300 | | | | | |
| O | SMI-20332302913601 | 28 | 00400 | JPS HEALTH NETWORK | V0481 | 10/30/2003 | 10/30/2003 | $20.00 | $14.80 | $14.80 |
| O | SMI-2042180148?101 | 1 | 00400 | JPS HEALTH NETWORK | V7651 | 07/27/2004 | 07/27/2004 | $3,026.00 | $337.19 | $337.19 |
| P | SMI-4515020110405?80-000000001 | 27 | 00900 | RICHARDSON, KENNETH W | 7175 | 12/27/2001 | 12/27/2001 | $150.50 | $120.40 | $120.40 |
| P | SMI-451502154417800-000000001 | 26 | 00900 | PROTZMAN, ROBERT R | 71516 | 12/03/2001 | 12/03/2001 | $190.00 | $92.74 | $92.74 |
| P | SMI-451502154417800-000000002 | 25 | 00900 | PROTZMAN, ROBERT R | 71516 | 12/03/2001 | 12/03/2001 | $120.00 | $26.58 | $26.58 |
| P | SMI-451502154417800-000000003 | 24 | 00900 | PROTZMAN, ROBERT R | 71516 | 12/03/2001 | 12/03/2001 | $145.00 | $76.33 | $76.33 |
| P | SMI-451502154417800-000000004 | 23 | 00900 | PROTZMAN, ROBERT R | 71516 | 12/03/2001 | 12/03/2001 | $8.00 | $3.56 | $3.56 |
| P | SMI-452201284198630-000000001 | 22 | 00900 | MILLER, ALAN | 7245 | 09/24/2001 | 09/24/2001 | $34.00 | $9.90 | $9.90 |
| P | SMI-452201284198630-000000002 | 21 | 00900 | MILLER, ALAN | 71946 | 09/24/2001 | 09/24/2001 | $30.00 | $7.79 | $7.79 |
| P | SMI-452201288108920-000000001 | 20 | 00900 | LUM, DANIEL C | 7840 | 09/24/2001 | 09/24/2001 | $67.00 | $27.97 | $27.97 |
| P | SMI-452201324489560-000000001 | 19 | 00900 | TRUONG, HOA L | 4556 | 11/07/2001 | 11/07/2001 | $155.00 | $62.13 | $62.13 |
| P | SMI-452201324489560-000000002 | 18 | 00900 | TRUONG, HOA L | V762 | 11/07/2001 | 11/07/2001 | $45.00 | $16.88 | $16.88 |
| P | SMI-452201346438960-000000001 | 17 | 00900 | LUM, DANIEL C | 71946 | 11/26/2001 | 11/26/2001 | $67.00 | $27.97 | $27.97 |
| P | SMI-452201362542810-000000001 | 16 | 00900 | PROTZMAN, ROBERT R | 7175 | 12/12/2001 | 12/12/2001 | $100.00 | $61.85 | $61.85 |
| P | SMI-452202010695880-000000001 | 15 | 00900 | PROTZMAN, ROBERT R | 7172 | 12/27/2001 | 12/27/2001 | $3,735.00 | $513.08 | $513.08 |
| P | SMI-452202134227960-000000001 | 14 | 00900 | LUM, DANIEL C | 311 | 05/06/2002 | 05/06/2002 | $67.00 | $16.74 | $16.74 |
| P | SMI-452202140485090-000000001 | 13 | 00900 | STRATEN, SUSAN M | V7612 | 04/23/2002 | 04/23/2002 | $33.00 | $26.40 | $26.40 |
| P | SMI-452202217224220-000000001 | 12 | 00900 | LUM, DANIEL C | 311 | 07/18/2002 | 07/18/2002 | $67.00 | $16.74 | $16.74 |

| TOS | ICN | Line# | Processing Contractor | Provider Name | Diagnosis Code | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| O | SMI-2032302913601 | 28 | 00400 | JPS HEALTH NETWORK | 73300 | 10/30/2003 | 10/30/2003 | $20.00 | $14.80 | $14.80 |
| O | SMI-2042180148710 1 | 1 | 00400 | JPS HEALTH NETWORK | V0481 | 07/27/2004 | 07/27/2004 | $3,026.00 | $337.19 | $337.19 |
| P | SMI-4515020110040580-000000001 | 27 | 00900 | RICHARDSON, KENNETH W | 7175 | 12/27/2001 | 12/27/2001 | $150.50 | $120.40 | $120.40 |
| P | SMI-4515020154417800-000000001 | 26 | 00900 | PROTZMAN, ROBERT R | V7651 | 12/03/2001 | 12/03/2001 | $190.00 | $92.74 | $92.74 |
| P | SMI-4515020154417800-000000002 | 25 | 00900 | PROTZMAN, ROBERT R | 71516 | 12/03/2001 | 12/03/2001 | $120.00 | $26.58 | $26.58 |
| P | SMI-4515020154417800-000000003 | 24 | 00900 | PROTZMAN, ROBERT R | 71516 | 12/03/2001 | 12/03/2001 | $145.00 | $76.33 | $76.33 |
| P | SMI-4515020154417800-000000004 | 23 | 00900 | PROTZMAN, ROBERT R | 71516 | 12/03/2001 | 12/03/2001 | $8.00 | $3.56 | $3.56 |
| P | SMI-4522012841198630-000000001 | 22 | 00900 | MILLER, ALAN | 7245 | 09/24/2001 | 09/24/2001 | $34.00 | $9.90 | $9.90 |
| P | SMI-4522012841198630-000000002 | 21 | 00900 | MILLER, ALAN | 71946 | 09/24/2001 | 09/24/2001 | $30.00 | $7.79 | $7.79 |
| P | SMI-4522012881108920-000000001 | 20 | 00900 | LUM, DANIEL C | 7840 | 09/24/2001 | 09/24/2001 | $67.00 | $27.97 | $27.97 |
| P | SMI-4522013244895560-000000001 | 19 | 00900 | TRUONG, HOA L | 4556 | 11/07/2001 | 11/07/2001 | $155.00 | $62.13 | $62.13 |
| P | SMI-4522013244895560-000000002 | 18 | 00900 | TRUONG, HOA L | V762 | 11/07/2001 | 11/07/2001 | $45.00 | $16.88 | $16.88 |
| P | SMI-4522013464389960-000000001 | 17 | 00900 | LUM, DANIEL C | 71946 | 11/26/2001 | 11/26/2001 | $67.00 | $27.97 | $27.97 |
| P | SMI-4522013625428810-000000001 | 16 | 00900 | PROTZMAN, ROBERT R | 7175 | 12/12/2001 | 12/12/2001 | $100.00 | $61.85 | $61.85 |
| P | SMI-4522010695880-000000001 | 15 | 00900 | PROTZMAN, ROBERT R | 7172 | 12/27/2001 | 12/27/2001 | $3,735.00 | $513.08 | $513.08 |
| P | SMI-4522021342279960-000000001 | 14 | 00900 | LUM, DANIEL C | 311 | 05/06/2002 | 05/06/2002 | $67.00 | $16.74 | $16.74 |
| P | SMI-4522021404850900-000000001 | 13 | 00900 | STRATEN, SUSAN M | V7612 | 04/23/2002 | 04/23/2002 | $33.00 | $26.40 | $26.40 |
| P | SMI-4522022172242200-000000001 | 12 | 00900 | LUM, DANIEL C | 311 | 07/18/2002 | 07/18/2002 | $67.00 | $16.74 | $16.74 |

**TrailBlazer Health Enterprises, LLC**

| TOS | ICN | Line# | Processing Contractor | Provider Name | Diagnosis Code | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| P | SMI-4522030151330080-000000001 | 11 | 00900 | LUM, DANIEL C | 311 | 12/19/2002 | 12/19/2002 | $67.00 | $16.74 | $16.74 |
| P | SMI-4522032042544410-000000001 | 10 | 00900 | LUM, DANIEL C | 73300 | 06/26/2003 | 06/26/2003 | $47.00 | $18.24 | $18.24 |
| P | SMI-4522032681834490-000000001 | 9 | 00900 | LUM, DANIEL C | 73300 | 08/29/2003 | 08/29/2003 | $67.00 | $27.21 | $27.21 |
| P | SMI-4522032951237400-000000001 | 8 | 00900 | ZIEGLER, DANIEL W | V7651 | 10/08/2003 | 10/08/2003 | $82.00 | $49.16 | $49.16 |
| P | SMI-4528013552682700-000000001 | 7 | 00900 | SCHULTZ, STEVEN | 7172 | 12/06/2001 | 12/06/2001 | $1,216.00 | $391.78 | $391.78 |
| P | SMI-4528020092680000-000000001 | 6 | 00900 | 451011 | 8361 | 12/27/2001 | 12/27/2001 | $5,854.75 | $479.38 | $479.38 |
| P | SMI-4528031997673700-000000001 | 5 | 00900 | TAYLOR, DENISE J | 73300 | 06/16/2003 | 06/16/2003 | $245.00 | $104.92 | $104.92 |
| P | SMI-4528041463216800-000000001 | 4 | 00900 | LUM, DANIEL C | 490 | 03/10/2004 | 03/10/2004 | $67.00 | $28.23 | $28.23 |
| P | SMI-4528042227453500-000000001 | 3 | 00900 | ZIEGLER, DANIEL W | V1272 | 07/27/2004 | 07/27/2004 | $962.00 | $163.66 | $163.66 |
| P | SMI-4529041941891300-000000001 | 2 | 00900 | ZIEGLER, DANIEL W | V7651 | 07/07/2004 | 07/07/2004 | $47.00 | $31.35 | $31.35 |
| | | | | | | | Total Conditional Payment: | | | $3,171.73 |

# CONSENT TO RELEASE FORM

The Privacy Act of 1974 (Public Law 93-579) prohibits the government from revealing information from personal files without the express written permission of the person involved. Disclosure of personal records to an attorney or other representative who is acting on behalf of another person is prohibited, unless the individual to whom the record pertains has consented.

I, _Thuy Sunosky_, hereby authorize the Centers for Medicare & Medicaid Services (CMS), its agents and/or contractors to disclose, discuss, and/or release, orally or in writing, information related to my injury and/or settlement to the individual(s) and/or firm(s) listed below. This consent is for my current claim and is on an ongoing basis. An additional consent to release form will not be necessary unless or until I revoke this authorization (which must be in writing).

PLEASE CHECK:

[✓] Beneficiary's attorney

_Rad Law Firm_
(name and/or firm)

[ ] Other Party's attorney

_____
(name and/or firm)

[ ] Workers' compensation carrier/Insurer

_____
(name and/or firm)

[ ] Other
(For example, personal representative or spouse)

_____
(name and/or firm)

_Thuy Sunosky_
Beneficiary's Signature

_9-18-2005_
Date Signed

_____
Date of Injury

_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 A_
Social Security Number Or
Health Insurance Claim Number

# RAD LAW FIRM

ALLEN A. RAD, LL.B., LL.M., J.D.*+
ADAM R. HARDISON, J.D.~
MAGDALENA VILLALOBOS, J.D.
WADE A. BARROW, J.D.
OF COUNSEL:
DONALD E. TELLER, J.D.

* ALSO LICENSED IN NEW YORK
+ ALSO LICENSED IN D.C.
~ BOARD CERTIFIED PERSONAL INJURY
  TRIAL LAW

A PROFESSIONAL CORPORATION
NORTH DALLAS BANK TOWER
12900 PRESTON ROAD, SUITE 900
DALLAS, TEXAS 75230-1325
TELEPHONE: (972) 661-0181    FACSIMILE: (972) 661-3537
E-MAIL ADDRESS: TheFirm@RadLawFirm.com

DALLAS, TEXAS OFFICE:
NORTH DALLAS BANK TOWER
12900 PRESTON ROAD, SUITE 900
DALLAS, TEXAS 75230-1325
(972) 661-1111 FAX (972) 661-3537
ARLINGTON, TEXAS OFFICE:
BANK ONE BUILDING
1600 E. PIONEER PARKWAY, SUITE 335
ARLINGTON, TEXAS 76010-6562
(817) 543-1999 FAX (817) 543-1993
FORT WORTH, TEXAS OFFICE:
BANK ONE BUILDING
2001 BEACH STREET, SUITE 600
FT. WORTH, TEXAS 76103-2314
(817) 543-1999 FAX (817) 543-1319

May 26, 2005

Ms. Thuy Sunosky
5932 Broadway
Haltom City, Texas 76117

    Re:  Cause No. 2002-013404-1;  *Sunosky vs. Razo and Allstate*

Dear Ms. Sunosky:

    Please be advised the Court has reset this case for trial the week of **July 25, 2005.**

    Also, please be advised we have rescheduled the arbitration for **July 19, 2005, at 1:30 p.m.** at Gammon Mediations.   I am enclosing a map with directions to Gammon Mediations.

    Thank you for your attention to this matter.  Please do not hesitate to contact me should you have any questions.

         Sincerely yours,
         **RAD LAW FIRM**

         *Kim Wong*

         Kim Wong
         Litigation Manager

/kw

8014-004069-2

# RAD LAW FIRM

A PROFESSIONAL CORPORATION

NORTH DALLAS BANK TOWER
12900 PRESTON ROAD, SUITE 900
DALLAS, TEXAS 75230-1325
TELEPHONE: (972) 661-1111   FACSIMILE: (972) 661-3537
E-MAIL ADDRESS: TheFirm@RadLawFirm.com

LLEN A. RAD, LL.B., LL.M., J.D. *+
ADAM R. HARDISON, J.D. ~
MARIA DEL CARMEN MCCABE, J.D.
RAY GALVAN, JR., J.D.
MAGDALENA VILLALOBOS, J.D.
WADE A. BARROW, J.D.
ALBERTO POSADA, J. D.
SHAWN THOMPSON, J.D.
OF COUNSEL.
DONALD E. TELLER, J.D.

* ALSO LICENSED IN NEW YORK
+ ALSO LICENSED IN D.C.
~ BOARD CERTIFIED PERSONAL INJURY
  TRIAL LAW

DALLAS, TEXAS OFFICE:
NORTH DALLAS BANK TOWER
12900 PRESTON ROAD, SUITE 900
DALLAS, TEXAS 75230-1325
(972) 661-1111 FAX (972) 661-3537

ARLINGTON, TEXAS OFFICE:
BANK ONE BUILDING
1600 E. PIONEER PARKWAY, SUITE 335
ARLINGTON, TEXAS 76010-6562
(817) 543-1999 FAX (817) 543-1993

FORT WORTH, TEXAS OFFICE:
BANK ONE BUILDING
2001 BEACH STREET, SUITE 600
FT. WORTH, TEXAS 76103-2314
(817) 543-1999 FAX (817) 543-1319

May 12, 2004

#02-13-00032-CV
CASE #2012-004596-3

Ms. Thuy Sunosky
5932 Broadway
Haltom City, TX 76117

*VIA CM/RRR: 7001 0320 0004 2121 8007*

Re:   PIP Check for Motor Vehicle Accident on 6-24-03

Dear Ms. Sunosky:

Enclosed please find check number #9988659-5 from Allstate Insurance Company in the amount of **$2,500.00** for your PIP claim for the above-mentioned accident. The back of the check has been endorsed by the firm and requires your signature on the back as well for you to deposit or cash.

Thank you for choosing RAD LAW FIRM to assist you in this matter. We welcome your comments, questions regarding handling of your case. Please do not hesitate to contact us should you need our services in the future. We, the attorneys & staff at this firm, greatly appreciate your recommendations of this firm to others. Should you have any questions or need further assistance, please do not hesitate to contact me at the number listed above.

Yours Truly,
**RAD LAW FIRM**

Ann Tran

Ann Tran
Legal Assistant to
Attorney Adam R. Hardison
(972) 331-5047

ARH/at

**INSURED** THUY NGUYEN SUNOSKY

**CLAIMANT**

**POLICY NUMBER** 5164936S8

**CLAIM NUMBER** 0497030207

**SSN/TIN** 75-2530225

**DESK LOC** RSK **EMPLOYEE ID.** HP4B

611
64-1278

CLAIM FOR PERSONAL INJURY
**IN PAYMENT OF** PROTECTION BENEFITS ARISING
FROM ACCIDENT ON 02/09/01

Bank of America, N.A.
Atlanta, DeKalb County, Georgia

Bank of America
Customer Connection

202608

| INVOICE NUMBER | PROC MCO | | IRS | PAYEE |
|---|---|---|---|---|
| 0742 | 6 | | 1 | 05 |

**AMOUNT** $******2500.00

**DATE ISSUED** MONTH 07 DAY 04 YEAR

TWO THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS********

# Allstate.
You're in good hands.

NEVADA RESIDENTS: PAYABLE IF DESIRED AT BANK OF AMERICA, NEVADA, N.A.

**ALLSTATE INSURANCE COMPANY OR ONE OF ITS AFFILIATES**
**COMPANY NAME**
ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

**PAY TO THE ORDER OF**
THUY NGUYEN SUNOSKY
AND RAD LAW FIRM
HER ATTORNEY
12900 PRESTON RD, STE 900
DALLAS TX 75230

*Sandra Kavanaugh*
**AUTHORIZED SIGNATURES**

Security features
included.
Details on back.

16C2127-TX-2

VOID IF NOT PRESENTED WITHIN THREE HUNDRED SIXTY-FIVE DAYS OF THE DATE OF ISSUE

⑈498865⑈⑈ ⑆061127B8⑆ 329 994 0769⑈

2014004069-2

☐ STEPHEN L. BROTHERTON, M.D.
DPS # C0067039
DEA # AB2130576

☐ STEVEN J. MEYERS, M.D.
DPS # 40110956
DEA # BM6308058

☐ MARK W. WYLIE, M.D.
DPS # 30129234
DEA # BW7619731

☐ DONALD DOLCE, M.D.
DPS # 10198591
DEA # FD4374485

☐ JOSEPH C. MILNE, M.D.
DPS # F0081657
DEA # BM1523112

☐ WILLIAM G. COLEMAN, M.D.
DPS # M0061416
DEA # BC0293465

☐ WILLIAM H. MITCHELL, M.D.
DPS # K0010707
DEA # AM2212481

☐ JAMES BREZINA, M.D.
DPS # N0159654
DEA # FB0956358

☐ WILLIAM LOWE, M.D.
DPS # 30095188
DEA # BL1078129

**BONE & JOINT CLINIC**
TEXAS HEALTH CARE FORT WORTH

1651 W. ROSEDALE, SUITE 200
FORT WORTH, TEXAS 76104
817-335-4316

For _Thuy Suwosky_

D.O.B. _____          Date _7-9-15_

Address _____

R

REPT. UP. DCT.
1 2 3 4 TIMES
P.R.N. ☐ NON-REP. ☐

Has severe Arthritis
® knee
needs ® knee replacement
surgery

_Bin W_ _____ M.D.

RECEIVED

OCT 2 6 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Sunosky Thuy T
TEXAS HEALTH CARE, P.L.L.C.
Pt ID: 240362
Birth: 12/10/1941
Desc: RT KNEE, AP/OBL /
LOW_EXM
Exam Date: 7/9/2015

0.33:1

R
DLE

Sunosky Thuy T
TEXAS HEALTH CARE, P.L.L.C.
Pt ID: 240362
Birth: 12/10/1941
Desc: RT KNEE, LATERAL /
LOW_EXM
Exam Date: 7/9/2015

0.33:1



R
DLE

ent:      Thuy Sunosky

e of Birth:      12/10/1941

e:      03/17/2014 10:30 AM

t Type:      Office Visit

72 year old female presents for Follow Up of right knee.

## story of Present Illness:
Follow Up of right knee
ient returns for her right knee and her lower back. I had seen her about a year ago and she was going to get a knee
placement but she put it off. Now she is complaining of some back issues, she had an x-ray of her back which showed some
hritis and degenerative disc disease.

## st Medical History:
eviewed, no change.

## llergies:
eviewed, no changes.

## amily History:
Reviewed, no changes.

## Social History:
Tobacco use reviewed.
Reviewed, no changes.

## VITAL SIGNS

| HEIGHT Time | ft | in | cm | Last Measured | Height Position | % |
|---|---|---|---|---|---|---|
| 11:24 AM | 4.0 | 10.00 | 147.32 | 09/22/2011 | | |

| WEIGHT/BSA/BMI Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|
| 11:24 AM | 103.00 | | 46.720 | | | 21.53 | |

| BLOOD PRESSURE Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 11:24 AM | 71/52 | | | | | |



psky Thuy T

AS HEALTH CARE, P.L.L.C.

ID: 466313197

Birth: 12/10/1941

Desc: RT KNEE, AP/OBL/LOW_EXM

Exam Date: 1/17/2013

DCM

Patient:          Thuy Sunosky
Date of Birth:    12/10/1941
Date:             03/27/2014 3:30 PM
Visit Type:       Office Visit
Historian:        self

This 72 year old female presents for Back pain.

## History of Present Illness:
1. Back pain
Patient f/u for her lower back. She is here with her MRI.

MRI does show probably the most significant disc with a central to the right side protrusion at 4-5.

**Past Medical History:**
Reviewed, no change.

## Allergies:

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Family History:
Reviewed, no changes.

## Social History:
Reviewed, no changes.

VITAL SIGNS

HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % |
|---|---|---|---|---|---|---|
| 2:51 PM | 4.0 | 10.00 | 147.32 | 09/22/2011 | | |

WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|
| 2:51 PM | 103.00 | | 46.720 | | | 21.53 | |

BLOOD PRESSURE



**PATIENT NAME:** SUNOSKY, THUY
**BIRTH DATE:** 12/10/1941
**MPI#:** PEN1634
**DATE OF EXAM:** 3/21/2014

ⵔ ENVISION **IMAGING**

**REFERRED BY:** William Coleman, MD
1651 West Rosedale, Ste 200
Fort Worth, TX 76104

**EXAM:** MR LUMBAR SPINE

**HISTORY:** MVA 2001. Lower back pain.

**TECHNIQUE:** MR examination of the lumbar spine was performed using sagittal and axial images without contrast administration.

Comparison: None

**FINDINGS:** Five lumbar vertebrae are assumed to be present for the purposes of this examination, but if intervention is planned plain film correlation is recommended regarding the appropriate levels.

There is a mild curvature of the lumbar spine with convexity to the right.

At the T12-L1 level degenerative disk desiccation is present without loss of height of the intervertebral disk space. Mild posterior spondylosis is present.

At the L1-2 level degenerative disk desiccation is present with loss of height of the intervertebral disk space. Signal changes adjacent to the endplates are compatible with degenerative disk disease, with subchondral edema suggesting this may be a pain generator. There is moderate posterior spondylosis and old in disk with mild effacement of anterior thecal sac.

At the L2-3 level degenerative disk desiccation is present with mild loss of height of the intervertebral disk space. Signal changes adjacent to the endplates are compatible with degenerative disk disease. Posterolateral spondylosis is present with associated disk protrusion.

At the L3-4 level degenerative disk desiccation is present without loss of height of the intervertebral disk space. There is moderate posterior disk protrusion which appears broad base with mild effacement and two thecal sac.

At the L4-5 level degenerative disk desiccation is present with mild loss of height of the

Name: Sunosky, Thuy                          DOB: 12/10/1941                          Date:

**To:**   Joseph G Carter, MD
2919 Markum Dr
Fort Worth, TX  76117

**Phone:** 817-831-0321.
**Fax:** 817-831-3211

**Name:** Thuy  Sunosky
**CDI MRN:** 97535847  **Referring MRN:**
**Phone:** -
**DOB:** 12/10/1941     **Gender:** Female
**Exam Date:** 01/31/2014
**Referring Phys.:** Joseph G Carter, MD

## EXAM:  X-RAY LUMBAR SPINE 4+ VIEWS

**CLINICAL HISTORY:**  Back pain.

**FINDINGS:**   5 views of the lumbar spine are provided.  There is normal alignment of the lumbar vertebra.  There is mild disc space narrowing and spondylosis at L1-2.  The disc spaces are otherwise maintained.  There is no evidence of a compression fracture or bone destruction.  The pedicles are intact.  There is no spondylolysis or spondylolisthesis.  There is mild facet joint osteoarthritis at L5-S1.  The bones are diffusely osteopenic.

**IMPRESSION:**
1.  DEGENERATIVE CHANGES IN THE LUMBAR SPINE AS DESCRIBED.

2.  DIFFUSE OSTEOPENIA.

TA/pp

Interpreting Physician

Terri Allen, M.D.
*Electronically Signed:* 1/31/14   2:43 pm

**PATIENT NAME:** SUNOSKY, THUY
**BIRTH DATE:** 12/10/1941
**MPI#:** PEN1634
**DATE OF EXAM:** 3/21/2014



ENVISION **IMAGING**

intervertebral disk space. There is a broad-based posterior disk protrusion extending 5-mm from the posterior vertebral margin and 17-mm from medial to lateral with moderate effacement of the anterior thecal sac. The AP diameter of the sac measures 10 mm. Posterolateral spondylosis is present.

At the L5-S1 level there is degenerative disk desiccation without loss of height of the intervertebral disk space. There is a moderate broad-based central posterior disk protrusion extending approximately 3 mm from the posterior vertebral margin. Moderate facet arthropathy is present in the left with mild facet arthropathy on the right. There is mild encroachment left neural foramen.

The vertebral alignment appears normal. No fracture or compression is seen. The conus medullaris lies in normal position. No other significant finding is seen.

**IMPRESSION:**
Large broad-based central posterior disk protrusion at L4-5.

There is mild encroachment on the left L5-S1 neural foramen.

Subchondral edema associated with degenerative disk disease at L1-2 suggests this may be a pain generator.

Moderate multilevel degenerative changes of the lumbar spine otherwise as discussed above.

Finalized BY: 79 U JENSEN, RICHARD MD 03/24/2014 12:44:27

Report Ends

Richard Jensen,
This document was electronically signed by Richard Jensen, on 3/24/2014

Name: Sunosky, Thuy                    DOB: 12/10/1941                                    Date:

*2014004069-2*

**Progress Notes**

**Patient:** Sunosky, Thuy T
**Account Number:** 118741
**DOB:** 12/10/1941  **Age:** 73 Y  **Sex:** Female
**Phone:** 832-423-1344
**Address:** 5932 Broadway Ave, Fort Worth TX 76117

**Provider:** Joseph G Carter, MD

**Date:** 06/25/2015

RECEIVED

**Subjective:**

OCT 2 6 2015

**Chief Complaints:**
1. on labs results and Rt knee pain and LB Pain

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

**HPI:**

Constitutional:
   Patient presents to clinic for FU and review of her recent labs. She is doing well over all but still having problems with right kne and lower back pain. She has had this for years and was told she needs knee surgery but she lives alone and has no transportation so she has been hesitant. Her labs are unremarkable and show excellent crontol of DM and lipids.

**ROS:**

Follow-Up Review of Systems:
   General: no fever, no chills, no fatigue.  Cardiology: no leg swelling, no chest pain. Gastroenterology: no nausea, no vomiting, no diarrhea, no abdominal pain, no constipation.  GU no dysuria, no frequency, no incontinence.  Musculoskeletal knee pain, back pain. Neurology: no headaches, no dizziness.  Pulmonology: no shortness of breath, no cough.

**Medical History:** Osteoarthrosis, unspecified whether generalized or localized, lower leg , Nuclear Sclerosis , Lower back pain/Lumbago .
**Surgical History:** knee surgery , hysterectomy partial .
**Family History:** Father: deceasedMother: deceased1 brother(s) , 1 sister(s) - healthy. 2 son(s) , 1 daughter(s) - healthy.
**Social History:**
   Tobacco Use: Smoking  Are you a:: never smoker .
   Drug/Alcohol: Alcohol  Points: 0.
**Medications:** Taking Evista 60 MG Tablet 1 tablet Once a day, Taking Tramadol HCl 50 MG Tablet 1 tablet as needed BID, Medication List reviewed and reconciled with the patient
**Allergies:** Fosamax.

**Objective:**

**Vitals:** Wt 99.4, Ht 57, BMI 21.51, Temp 98.2, HR 83, BP 100/68, RR 17, HC n/a, Oxygen sat % n/a, LMP: n/a
vitals by Et.

**Examination:**
   General Examination:
   GENERAL APPEARANCE: in no acute distress, pleasant, well nourished. EYES: conjunctiva clear, PERRLA, sclera clear, no scleral icterus. ORAL CAVITY: clear, mucosa moist, moist tongue. CHEST: symmetrical respiration. EXTREMITIES: no clubbing, no edema. DIABETIC FOOT EXAM Circulation  normal. PSYCH appropriate mood and affect .

**Assessment:**

**Assessment:**
1. Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled - 250.00 (Primary)
2. Degenerative arthritis of knee - 715.96
3. Chronic back pain - 724.5
4. Breast cancer screening - V76.10
5. Special screening for malignant neoplasms, colon - V76.51

## Plan:

### 1. Degenerative arthritis of knee

Referral To: William Coleman   Orthopedic Surgery
          Reason:

### 2. Chronic back pain

Referral To: Ashley Classen   Pain Management
          Reason:

### 3. Breast cancer screening
Imaging: MAMMOGRAM, SCREENING

### 4. Special screening for malignant neoplasms, colon
LAB: FOBT Occult Blood, Fecal, IA

**Follow Up:** 6 Months

**Provider:** Joseph G Carter, MD
**Patient:** Sunosky, Thuy T  **DOB:** 12/10/1941  **Date:** 06/25/2015

*[signature: J Carter MD]*

**Electronically signed by Joseph Carter , MD on 06/25/2015 at 10:02 AM CDT**
**Sign off status: Pending**



# Fashion Design

RECEIVED

OCT 2 6 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPIS   CLERK



## Custom Fine Tailoring

- **Alterations**

- **Patterns Designed**

- **For Men and Women**

- **Make Patterns For Sale**





☎ Call (817) 834-8404
or (817) 595-1579

Inexpensive Rates For Professional Services

# Certificate of Occupancy

## City of North Richland Hills

### Department of Building Inspection

This Certificate issued pursuant to the requirements of the Uniform Building Code and the National Fire Protection Association Code certifying that at the time of issuance this structure was in compliance with the various ordinances of the City regulating building construction or use. For the following:

Zoning ___I-2___   Permit No. ___93-00597___

Address ___6646 INDUSTRIAL PARK BLVD. #B___

Address ___6646 INDUSTRIAL PARK BLVD. #B___

___10-28-93___
DATE

Use Classification ___B-2   (TAILOR)___

Business Name ___LI JAM TAILOR___

Business Owner ___THUY THI SUNOSKY___

_____
INSPECTOR

(NON-TRANSFERABLE)
POST IN A CONSPICUOUS PLACE



# Certificate of PARTICIPATION

CERTIFICATE P OF AWARD

We Hereby Commend

for participation in

and award this certificate

Given at

this _____ day

of _____ year of _____




# Fashion Design

- Custom Fine Tailoring

- Alterations

- Patterns Designed

- For Men and Women



- Make Patterns For Sale



☎ Call (817) 834-8404
or (817) 595-1579

Inexpensive Rates For Professional
Services

*Certificate of*

# PARTICIPATION

We Hereby Commend

of participation in

and award this certificate

Given at

this _____ day

of _____ year of _____

COPYRIGHT, 1996, HAYES SCHOOL PUBLISHING CO., INC., PITTSBURGH, PA

CERTIFICATE OF AWARD

5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALLEN A. RAD LAW FIRM
12900 PRESTON RoaD TowER
SuiTE 900
DALLAS TX 75230-1325

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7012 2210 0001 4576 2170

CERTIFIED MAIL™

Sent To: ALLEN A. RAD LAW FIRM
Street, Apt. No.; 12900 PRESTON RoaD TowER
or PO Box No.    SuiTE 900
City, State, ZIP+4    DALL TX 75230-1325

PS Form 3800, August 2006    See Reverse for Instructions

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

THUY SUNOSKY
5932 BROADWAY AVE
HALTOM CITY
TEXAS, 76117

## Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

### Important Reminders:

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "*Restricted Delivery*".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

## IMPORTANT: Save this receipt and present it when making an inquiry.

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

RECEIVED

OCT 2 6 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK CLERK

Currently, that range is between $500 and $200,000.[5] That is, the trial court in this case did not have the power to hear the case if the amount of damages claimed was less than $500 or if the amount of damages claimed was more than $200,000.[6]

In her petition, Sunosky stated that she was seeking to recover not more than $50,000. The trial court had the power to hear a case involving that amount in damages.[7] But at trial, Sunosky introduced evidence that her damages were over $200,000, and she asked the trial court to award her more than $200,000. The trial court concluded that because Sunosky sought to recover more than $200,000, it did not have jurisdiction over her claim.

Sunosky's brief alleges that Rad failed to keep her updated on her case, failed to file her case before the limitation period had passed, and kept money that the insurance company had paid out on her claim. Nothing in her brief, however, addresses whether the trial court had jurisdiction over her claims, which was the sole ground on which the trial court ordered the dismissal of her claims.[8] Although we are mindful of the difficulty that pro se litigants face, we may not

---

[5]Tex. Gov't Code Ann. § 25.0003.

[6]Id.

[7]See id.

[8]See Tex. R. App. P. 44.1; Britton v. Tex. Dep't of Criminal Justice, 95 S.W.3d 676, 682 (Tex. App.—Houston [1st Dist.] 2002, no pet.) (affirming the trial court's grant of a plea to the jurisdiction because the appellant failed to challenge on appeal all of the grounds that were included in the plea).

4



Sunosky, acting pro se, sued Rad in statutory county court based on Allen Rad's representation of her in a previous matter relating to a car accident. She asserted that Rad agreed to represent her in the matter but then failed to communicate with her about the status of her case and failed to file suit until after the limitation period had passed. She sought damages "aggregating $50,000 or less" excluding costs and attorney's fees. Rad filed a general denial and asserted the affirmative defense of limitation and that Rad was not an appropriate party to the lawsuit.

The case was called for trial on January 10, 2013. Sunosky appeared pro se. Rad did not appear. Sunosky testified along with two other witnesses. Sunosky testified that before the car accident giving rise to the claim for which Rad was to represent her, she had earned $2,000 a month, and in the eleven years after the accident, she could not work. At the conclusion of evidence, Sunosky asked the court to award her $314,000 in damages—her lost wages for eleven years plus interest.

The trial court informed Sunosky that it was a court of limited jurisdiction, that it could not award her more than $200,000, and that she needed to file her claim in a district court.[2] He then stated that it would "have to dismiss [her] case

---

[2]See Tex. Gov't Code Ann. § 25.0003 (West Supp. 2013) (providing that a statutory county court has jurisdiction in civil cases in which the matter in controversy exceeds $500 but does not exceed $200,000); § 25.2221(a) (West 2004) (stating that County Court at Law No. 3 of Tarrant County is a county court at law).

2

2014-004069-2

FILED
TARRANT COUNTY CLERK

2014 AUG -7 PM 1: 05

IN THE MARY LOUISE GARCIA COURT
COUNTY CLERK
Tarrant _____ COUNTY, TEXAS
BY
_____ JUDICIAL DISTRICT
County Court at Law

FILED TARRANT COUNTY CLERK
2014 AUG 7 MARY LOUISE GARCIA COUNTY CLERK BY
INVALID FILE MARK

THUY SUNOSKY

V.

ALLEN A. RAD LAW FIRM

TO THE HONORABLE COURT:

**MRS. THUY SUNOSKY** lives at 5932 Broadway Avenue, Haltom City, Texas 76117. Her Social Security number is XXX-XX-X197 and her driver's license number is XXXXX853, issued in the state of Texas.

**MRS. THUY SUNOSKY** (the "plaintiff") complains of **MR. ALLEN A. RAD** (the "defendant"), and for cause of action shows:

## 1. SELECTION OF DISCOVERY LEVEL

The plaintiff affirmatively pleads that she seeks only monetary relief aggregating $200,000 and no more, excluding cost, prejudgment interest, and attorney's fees under Civil Procedure Rule 190.2.

## 2. PARTIES AND SERVICE OF CITATION

2014

I HAVE 4 DIFFERENT DOCTORS WHO SAY I NEED SURGERY ON MY BACK AND MY KNEE AS SOON AS POSSIBLE:

WILLIAM G. COLEMAN, M.D. = KNEE SURGRY
VED AGGARWAL, M.D. = BACK PAIN
TERRI ALLEN, M.D. = X-RAY BACK PAIN
RICHARD JENSEN, M.D. = M-R-I BACK PAIN

DR. JOSEPH G. CARTER, M.D., GIVE ME A HANDICAP CARD FOR FOUR YEAR NOW

JUNE 25, 2015, I GO SEE DR. CARTER FOR MY BACK AND KNEE AND I'VE LOST A LOT OF WEIGHT. MY BACK AND KNEE STILL HURT

*Thuy Sunosky*

*Thuy Sunosky*

SIGNED BEFORE ME, A NOTARY PUBLIC IN TARRANT COUNTY, STATE OF TEXAS THIS 29th DAY OF JUNE, 2015

*Sharon A. Lopez*



NOTARY PUBLIC
STATE OF TEXAS
Sharon A. Lopez
Commission Expires
07-18-2017

DOCTOR - 10-25-2015

② I HAVE NEW DOCTOR NOW AND I HAVE
NEW INFORMATION NOW. DR. COLEMAN
TRY TO GIVE ME SURGERY AND THAT I
NEED RIGHT KNEE REPLACEMENT SURGERY
AND MOTION $200.000

I GO TO TRINITY PAIN MEDICINE AND
THEY WANT TO DO A PROCEDURE ON ME TO
SHOW ME WHERE MY PAIN IN MY LOWER
BACK IS.

DR. CARTER SHOWS THAT I'VE LOST A
LOT OF WEIGHT BECAUSE OF THE PAIN IN
MY RIGHT KNEE AND MY LOWER BACK
FROM NOT EATING AND SLEEPING WELL

DR. CARTER GIVE ME A HANDICAP TAG
FOR FOUR YEARS NOW.

MOTION SHOWS I GET PAID $200,000

⟶

I NEVER SIGNED PAPER BEFORE. I CASHED CHECK FOR $3,685.68 TO PAY DR. JEFFREY McGOWEN TO GIVE ME A SHOT BECAUSE I WAS IN A LOT OF PAIN IN MY RIGHT KNEE. MR. A. RAD SENT ME A PAPER TO SIGN UP FOR MEDICARE ON SEPTEMBER 18, 2005, SO MR. A. RAD DON'T HAVE TO PAY BILL AND HE COULD KEEP THE MONEY FROM BOTH SIDES INSURANCE.

I LOSE MY JOB THAT I WENT TO SCHOOL FOR. I HAVE SKILL TO DESIGN CLOTHES AND I LOSE MY BUSINESS, TAILOR TOO FROM CAR ACCIDENT 2001. I CAN'T WORK

I HURT FOR WHOLE TIME. 15 YEARS NOW I STILL HURT AND MY COURT DOCUMENT SHOWS I SUE MR. A. RAD FOR $200,000 TOO. MY CASE DOCUMENT # 2014-004069-2.

_Thuy Sunosky_

I NEED go NOW. I NEED SURGERY SOON

SIGNED BEFORE ME, A NOTARY PUBLIC IN TARRANT COUNTY, STATE OF TEXAS THIS 21st DAY OF JULY, 2015



Sharon A. Lopez
Commission Expires
07-18-2017

_Sharon A. Lopez_


# Medial Branch Block

You have been scheduled for this procedure as your next diagnostic nerve block. The nerves (medial branch of the dorsal ramus) which come from the primary nerve root at any given spinal level, supply the joint at that level as well as a portion of the muscle on either side of your neck, mid back or low back.

This nerve block is intended to determine whether you have pain associated with the facet joints, the disks which are in between each of the spinal vertebrae, or a combination of both of these areas.

This nerve block is purely diagnostic although some patients receive more than a few hours, and sometimes a few days relief, depending on several factors. This nerve block is not intended to cure your pain, rather it is only to determine where the pain is coming from.

Procedure Date: ___to be scheduled___

Time of Arrival: _____



# TRINITY PAIN MEDICINE ASSOCIATES, P.A.

## PRE-PROCEDURE INSTRUCTIONS

**Patient Name:** _____

☐ **LAB WORK APPOINTMENT**

Date:_____ Time: _____ Location_____

**The following instructions must be followed prior to your procedure. Please keep this form for future reference.**

☐ **5 DAYS PRIOR TO PRE-PROCEDURE LAB WORK STOP** your ASA, aspirin, Coumadin, and any type of blood thinners(Plavix, Warfarin, Effient, Xarelto,etc.), anti-inflammatory medications ( Naprosyn, Vicoprofen, Advil, Aleve, Ibuprofen, Motrin,etc.), vitamins, herbs, diet pills and energy drinks. Do not take any of these medications until after your procedure unless instructed by Dr. Classen. You are allowed to take Tylenol (over-the-counter) for pain control. Please remember that the use of the medications and supplements listed above can affect your lab work results and may result in cancellation of your procedure.

PROCEDURE DATE: _____TIME:_____

**The following instructions must be followed prior to your procedure. Please keep this form for future reference.**

→ **12 HOURS PRIOR TO YOUR PROCEDURE REMOVE ALL PAIN PATCHES.**

→ **8 HOURS PRIOR TO YOUR PROCEDURE STOP TAKING ALL PAIN MEDICATIONS, INCLUDING OVER THE COUNTER PAIN MEDICATION.**

→ **PLEASE DRINK WATER UP TO 2HOURS PRIOR TO PROCEDURE.____**

→ **DO NOT EAT ANYTHING 6 HOURS PRIOR TO YOUR PROCEDURE, INCLUDING GUM, CANDY, OR MINTS.____**

→ **DO NOT TAKE DIABETIC MEDICATION, INCLUDING INSULIN, AFTER MIDNIGHT BEFORE YOUR PROCEDURE._____**

→ **HOWEVER, IF YOU TAKE MEDICATION FOR SEIZURES, BLOOD PRESSURE, HEART, OR REFLUX, TAKE THESE MEDICATIONS AS SOON AS YOU GET OUT OF BED WITH A SMALL CUP OF WATER._____**

→ **DO NOT TAKE DIURETICS, (WATER PILLS) THE MORNING OF YOUR PROCEDURE._____**

→ **IF YOU USE AN INHALER, PLEASE BRING IT WITH YOU TO YOUR PROCEDURE APPOINTMENT._____**

⊗ **NO TOBACCO PRODUCTS AFTER MIDNIGHT (CIGARETTES, CHEWING TOBACCO, E-CIGARETTES, SNUFF, ETC.____**

→ **I HAVE RECEIVED INSTRUCTION SHEETS CONCERNING MY NEXT PROCEDURE____ WHICH IS A _____.**

→ **IF YOU ARE FEELING ILL, HAVE A FEVER, OR ARE HAVING NO PAIN; PLEASE CALL OUR OFFICE PRIOR TO COMING IN.**

☐ **PROCEDURE DAY/POST PROCEDURE**

1. You must have someone drive you to our facility prior to your procedure and remain in the facility unless appropriate measures have been arranged with our staff. A responsible person must be able to be with you at home the day of your procedure.
2. **If you are undergoing a discogram, your driver must be present throughout the procedure. If your driver is not present during the discogram, your procedure will not be performed. You will not be permitted to drive for 24 hours following the procedure.*____***
3. You may have increased discomfort for the first 48 hours post procedure. You may take pain medications as prescribed by Dr. Classen for your discomfort. Please remember that depending on the type of block and use for diagnostic purposes, the relief you may receive may be immediate but not long lasting. It is important to remember this when the clinic performs its follow up call.
4. Phone calls will be returned the day of inquiry. Please be patient with a return call as we address all matters after direct patient care is completed in the office at the end of the day.
5. Prescriptions are filled Monday through Thursday only. Call pharmacy 72 hours before you need your prescription.
6. Our phones are answered 24 hours a day, 7 days a week. Specific instructions for emergencies are detailed on our automated voice processing system.
7. **OUR OFFICE HAS A "NO SHOW, NO MEDICATIONS" POLICY.**
   **FAILURE TO SHOW FOR APPOINTMENTS WILL RESULT IN A DENIAL FOR MEDICATION.**
8. **THERE WILL BE A CHARGE FOR A LESS THAN 24 HOUR NOTIFICATION OF CANCELLATION OF AN APPOINTMENT OR A NO SHOW.**

I hereby acknowledge receipt of these instructions and understand all of the above.

_____          _____
Patient Signature/Representative                                      Date/Time of All Signatures

_____
Trinity Pain Medicine Associates Staff Member                    WHITE COPY-OFFICE     YELLOW COPY-PATIENT

11-6-2014

## Left placard

220/0493/TS

ED
2015

**Texas Department of Motor Vehicles**

| MONTH | | YEAR |
|-------|--|------|
| JAN | | 13 |
| FEB | | 14 |
| MAR | | 15 |
| APR | | 16 |
| MAY | | 17 |
| JUN | | 18 |
| JUL | | 19 |
| AUG | | 20 |
| SEP | | 21 |
| OCT | | 22 |
| NOV | | 23 |
| DEC | | 24 |

EXPIRES MONTH / YEAR

12
2014



## Right placard

0493 /TS

**Texas Department of Motor Vehicles**

| MONTH | | YEAR |
|-------|--|------|
| JAN | | 15 |
| FEB | | 16 |
| MAR | | 17 |
| APR | | 3 |
| MAY | | 19 |
| JUN | | 20 |
| JUL | | 21 |
| AUG | | 22 |
| SEP | | 23 |
| OCT | | 24 |
| NOV | | 25 |
| DEC | | 26 |

EXPIRES MONTH / YEAR

11
18



PLAINTIFF'S
EXHIBIT
16

PENGAD 800-631-6989



# APPLICATION FOR DISABLED PERSON IDENTIFICATION
# PLACARD AND / OR DISABLED PERSON LICENSE PLATE

VTR - 214 (Rev. 6/2021)
CHT #142247

**WARNING! TRANSPORTATION CODE, §502.410, PROVIDES THAT FALSIFYING INFORMATION ON ANY REQUIRED STATEMENT OR APPLICATION IS A THIRD-DEGREE FELONY.**

- Blue placards may be issued for disabilities (permanent or temporary) in which the person cannot walk without the use of or assistance from an assistance device, including a brace, cane, crutch, another person or a prosthetic device, or who cannot ambulate without a wheelchair or similar device.
- Red placards may be issued for any other type of disability (permanent or temporary).
- Disabled Person License Plates may be issued only to persons with permanent disabilities.

In accordance with Transportation Code, Chapters 502 and/or 681, application is hereby made for:

☐ (1) Red Placard   or   ☐ (2) Red Placards (Temporary Disability)
☐ (1) Red Placard   or   ☐ (2) Red Placards (Permanent Disability)
☐ (1) Blue Placard   or   ☐ (2) Blue Placards (Temporary Disability)
☒ (1) Blue Placard   or   ☐ (2) Blue Placards (Permanent Disability)
☐ Disabled Person License Plate
☐ Disabled Person License Plate and
  ☐ Red Placard (Permanent Disability); or
  ☐ Blue Placard (Permanent Disability)
☐ Additional Set(s) of Disabled Person License Plates for specially equipped vehicles (see back for more information)
☐ Disabled Person Personalized License Plates (Complete Form VTR-35A in addition to this form)

PLACARD FEE: $5.00 each

LICENSE PLATE FEE: Regular Reg. Fee

THIS BLOCK FOR TAX ASSESSOR-COLLECTOR USE ONLY

LICENSE PLATE NUMBER(S) ISSUED

BD3079486

DISABLED PERSON PLACARD(S) ISSUED
(Circle One)   **Blue**   Red

RECEIPT OF STATUTORY FEE HEREBY ACKNOWLEDGED

Ron Wright
TAX COLLECTOR

Tarrant
COUNTY

11/10/14   BY: SAS
DATE         DEPUTY

I, the undersigned, certify that I am ☐ disabled ☐ making application on behalf of a disabled person and have read the instructions on the reverse side of this application and fully understand the provisions of Transportation Code, Chapters 502 and 681.

THUY SUNOSKY
APPLICANT'S NAME / INSTITUTION NAME

*Thuy Sunosky*
APPLICANT'S SIGNATURE / ADMINISTRATOR'S SIGNATURE

04935853
DRIVER'S LICENSE or I.D. or DHS NUMBER

DATE

5932 BROADWAY AVENUE HALTOM CITY TEXAS 76117
APPLICANT'S OR INSTITUTION'S STREET ADDRESS, CITY, STATE, AND ZIP CODE

## INFORMATION REQUIRED FOR ISSUANCE OF DISABLED PERSON LICENSE PLATES

| | YEAR MODEL | VEHICLE MAKE | VEHICLE IDENTIFICATION NUMBER | LICENSE PLATE NUMBER |
|---|---|---|---|---|
| 1. | 1987 | TOYOTA | 1NXAE82G5HZ435627 | CB4 X898 |
| 2. | | | | |

I, the undersigned, certify that I am the owner of the above described vehicle(s) or that the vehicle(s) is / are owned by an institution that qualifies for disabled person license plates. I further certify that the vehicle(s) is / are regularly operated by or for the transportation of the disabled person named in the Disability Statement below or operated by the qualified institution for transportation of a disabled resident of such institution.

THUY SUNOSKY
VEHICLE OWNER'S NAME OR INSTITUTION NAME

*Thuy Sunosky*
VEHICLE OWNER'S OR ADMINISTRATOR'S SIGNATURE

11/6/2014
DATE

## DISABILITY STATEMENT

TO BE COMPLETED BY A PHYSICIAN: LICENSED BY THE TEXAS STATE BOARD OF MEDICAL EXAMINERS, A PHYSICIAN LICENSED TO PRACTICE MEDICINE IN ARKANSAS, LOUISIANA, NEW MEXICO, OR OKLAHOMA, A PHYSICIAN PRACTICING MEDICINE IN THE U.S. MILITARY ON A MILITARY INSTALLATION IN TEXAS, OR A PHYSICIAN PRACTICING MEDICINE IN A HOSPITAL OR OTHER HEALTH FACILITY OF THE DEPARTMENT OF VETERANS AFFAIRS, OR A PODIATRIST LICENSED BY THE TEXAS STATE BOARD OF PODIATRIC MEDICAL EXAMINERS

See Back Of Application For Disability Definitions And Additional Information

I hereby certify that ___Thuy Sunosky___ has (check one): ☒ a disability defined by Transportation Code,
NAME OF DISABLED PERSON

§681.001(5)(B) or (C), or ☐ any other disability. The person's disability is (check one): ☒ permanent or ☐ temporary in nature.

10.27.14   Joseph Coxter   M7895
DATE   NAME OF PHYSICIAN OR PODIATRIST   PROFESSIONAL LICENSE NUMBER OF PHYSICIAN OR PODIATRIST

3419 Markum Dr   Ft Worth   Tx   76117
STREET ADDRESS   CITY   STATE   ZIP CODE

*J Coxter MD*
Signature of Physician or Podiatrist

On this date, _____, the above named physician or podiatrist, _____
DATE   NAME OF PHYSICIAN OR PODIATRIST

appeared before me so that I could witness his / her signature.

_____
SIGNATURE OF NOTARY

SEAL

_____
PRINTED NAME OF NOTARY

I hereby certify that I am a notary in the State of Texas, in _____ County. My commission expires _____
DATE

**IMPORTANT!** PHYSICIAN'S OR PODIATRIST'S SIGNATURE MUST BE NOTARIZED UNLESS A SEPARATE WRITTEN ORIGINAL PRESCRIPTION IS SUBMITTED.

**** Submit both copies of this application with applicable fees to the County Tax Assessor-Collector ****

CASE # 2014-0040-69-2

(1) DR. JOSEPH G. CARTER, M.D. GAVE ME A RED HANDICAP CARD THAT WAS GOOD FOR ONLY SIX MONTHS, AND NOW I'VE TOLD HIM THAT I HAD AN AUTOMOBILE ACCIDENT IN 2001 AND I'VE HURT FOR 14 YEARS NOW, SO THE DOCTOR LOOKED AT MY MEDICAL AND DOCTORS RECORDS AND NOW I'M WAITING FOR SURGERY ON MY KNEE AND BACK. NOW HE WANTS TO GIVE ME A BLUE HANDICAP CARD FOR A LONG LONG TIME

(2) I WAS HURT IN A CAR ACCIDENT IN 2001, AND MY DOCTOR SAYS THAT THE BACK SURGERY WILL BE VERY DIFFICULT AND THAT IT'S NOT GUARANTEED 100% THAT I WILL STOP HURTING.

(3) MY DOCTOR HAS NOW GIVEN ME PAIN MEDICINE AND I AM TAKING IT UNTIL I GET THE SURGERY, BUT DON'T KNOW WHAT WILL HAPPEN AFTER SURGERY BECAUSE THE BACK SURGERY DOCTOR SAYS THAT THE PROCEDURE IS NOT GUARANTEED 100%.

④ I AM REALLY HEALTHY EXCEPT FOR MY KNEE AND BACK WHICH STILL HURT FROM THE CAR ACCIDENT IN 2001.

⑤ I CANNOT WORK THE JOB THAT I WENT TO SCHOOL FOR FOR THE PAST 14 YEARS NOW

⑥ NOW THE ALLEN A. RAD LAW FIRM HAS TO PAY ME $338,000 PLUS $5,000 FOR PEOPLE TO WRITE FOR ME IN ENGLISH AND 5 YEARS FOR THE STATE BAR OF TEXAS IN REGISTERED LETTERS PLUS INTEREST FROM THE $338,000.

⑦. AND THE JUDGE WILL DECIDE HOW MUCH THE RAD LAW FIRM WILL PAY ME FOR THE REST OF MY LIFE.

Thuy Sunosky 11-11-2014,

① HANDICAP = 2014

② POLICE REPORT

③ 2001 - MEDICAL RECORDS

④ DOCTORS RECORDS

⑤ HANDICAP = 2015



RECEIVED

OCT 26 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

(1) CASE # 2014-004069-2
COURT OF APPEALS SEND MY GOOD CAUSE
LAW COURT NO. 2 THAT TIME MY CASE GOOD.

(2) AUGUST 7, 2014, I TURNED MY COURT
PAPER IN. MANAGER ASKED ONE GIRL IN
HER OFFICE TO TAKE ME TO GO TO MRS.
BARRY I AM CAN SET UP MY COURT,
BUT I DON'T DO I TRY TO TO DO
FAVOR SO SHE COULD SET UP MY COURT
DATE BUT SHE MAKE ME WAIT FOR SIX
MONTHS. JUDGE IN APPEAL COURT KNEW
THAT I NEEDED SURGERY AS SOON AS
POSSIBLE BECAUSE MY DOCTOR SAID SO.

(3) AND I GO TO MANAGER'S OFFICE I ASK
FOR WHY DON'T GIVE ME GO TO COURT AND
MRS. BARRY SHE CALL TWO POLICEMEN TAKE
ME GET OUT OF COURT BUILDING. SHE MAKE
ME WAIT SIX MONTHS AND MY COURT DATE
OF JANUARY 26, 2015 WAS CANCELLED BY HER.
NOW MY CASE JUDGE SAY ITS TOO LONG SO
NOW JUDGE GIVE ME TO APPEAL COURT OPEN
MY CASE AGAIN.

2)

(4) JUDGE IN APPEAL COURT DO YOU THINK MRS. BARRY TRY TO HELP LAWYER DON'T HAVE TO PAY ME MONEY.

(5) NOW APPEAL COURT PLEASE HELP ME. I STILL HURT MY BACK AND MY KNEE DOCTOR STILL SAY I HAVE TO GO SURGERY NOW AND I HANDICAP FOR FOUR YEARS NOW DR. CARTER. I LOSE MY JOB I CAN'T WORK JOB TAILOR AND BUSINESS AND I GO SCHOOL DESIGN CLOTHES, TOO. LAST TIME

(6) MY CASE GOOD AND JUDGE SAY IN APPEAL COURT I DON'T NEED LAWYER. AND NOW MRS. BARRY MESS UP MY CASE I PLEASE HELP ME. THANK YOU SO MUCH.

Thuy Senosky
10-26-2015

(7) I LIKE TO HELP LAWYER, BUT I'M SCARED LAWYER TAKE CARE OF LAWYER.

2014-004069-2

2014-004069-2

FILED
TARRANT COUNTY CLERK

2014 AUG -7 PM 1: 05

MARY LOUISE GARCIA
~~COUNTY CLERK~~

BY

IN THE _____ COURT

Tarrant _____ COUNTY, TEXAS

~~JUDICIAL DISTRICT~~

County Court at Law

THUY SUNOSKY

V.

ALLEN A. RAD LAW FIRM

TO THE HONORABLE COURT:

**MRS. THUY SUNOSKY** lives at 5932 Broadway Avenue, Haltom City, Texas 76117. Her Social Security number is XXX-XX-X197 and her driver's license number is XXXXX853, issued in the state of Texas.

**MRS. THUY SUNOSKY** (the "plaintiff") complains of **MR. ALLEN A. RAD** (the "defendant"), and for cause of action shows:

## 1. SELECTION OF DISCOVERY LEVEL

The plaintiff affirmatively pleads that she seeks only monetary relief aggregating $200,000 and no more, excluding cost, prejudgment interest, and attorney's fees under Civil Procedure Rule 190.2.

## 2. PARTIES AND SERVICE OF CITATION